**Electronically Filed
Supreme Court
SCWC-17-0000343
10-OCT-2018
02:52 PM**

SCWC-17-0000343

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

JOSELYN CALIXTA PUNIO,
Petitioner/Defendant-Appellee,

and

JAMES SCOTT WEI dba J & J BAIL BONDS,
Petitioner/Petitioner-Appellant, Real Party in Interest.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-170000343; CR. NO. 15-1-0702)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner J & J Bail Bonds' application for writ of certiorari, filed on August 30, 2018, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai'i, October 10, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

